# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KRISTI NEWMYER, an individual;** | |
| **Plaintiff,** | **8:24CV191** |
| vs. | **THIRD AMENDED CASE PROGRESSION ORDER** |
| **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,** | |
| **Defendant.** | |

This matter comes before the Court on the Joint Stipulated Motion to Extend Progression Order Deadlines and Good Cause Showing Pursuant to Fed. R. Civ. P. 16(b)(4) (Filing No. 30). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Stipulated Motion to Extend Progression Order Deadlines and Good Cause Showing Pursuant to Fed. R. Civ. P. 16(b)(4) (Filing No. 30) is granted, and the second amended case progression order is amended as follows:

1) The parties shall notify the Court as to the outcome of mediation on or before **November 10, 2025**.

2) The planning conference set for September 24, 2025, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **December 17, 2025**, at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **December 18, 2025**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **seven (7)**.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **February 2, 2026**.

5) The deadline for filing motions to dismiss and motions for summary judgment is **February 2, 2026**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 18th day of September, 2025.

                                                BY THE COURT:

                                                s/Michael D. Nelson
                                                United States Magistrate Judge