IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTI NEWMYER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE PROPERTY AND CASUALTY<br>INSURANCE COMPANY,<br><br>Defendant. | **8:24CV191**<br><br><br>**ORDER** |

This matter is before the Court following a planning conference held by telephone with counsel for the parties on December 17, 2025. Upon the joint motion of the parties, the Court finds good cause to grant to a stay of case deadlines until they conduct a second session of mediation.[1] Accordingly,

**IT IS ORDERED**:

1.    All remaining unexpired case progression deadlines are stayed, and all hearings and trials are terminated, pending the outcome of mediation.

2.    The parties shall notify the Court within 3-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 3-days after it takes place.

3.    If mediation is unsuccessful, the parties shall contact the chambers of the undersigned magistrate judge to schedule a planning conference to reset any remaining case progression deadlines and to set the pretrial conference and trial dates.

Dated this 17th day of December, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

---

[1] Alternatively, the undersigned magistrate judge may consider scheduling a court-supervised settlement conference if requested by the parties as discussed during the planning conference.