# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

KRISTI NEWMYER,

   **Plaintiff/Counter Defendant,**

  **vs.**

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

   **Defendant.**

8:24CV191

ORDER

Pursuant to the notice of settlement (Filing No. 35) filed by the plaintiff,

**IT IS ORDERED:**

1.  On or before **March 6, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 5th day of February, 2026.

      BY THE COURT:

      s/ Michael D. Nelson
      United States Magistrate Judge